| | |
|---|---|
| 1 | JOHN E. PEER - State Bar No. 95978 |
| 2 | jpeer@wpdslaw.com<br>IRA D. GOLDBERG - State Bar No. 88465 |
| 3 | igoldberg@wpdslaw.com<br>**WOOLLS PEER DOLLINGER & SCHER** |
| 4 | A Professional Corporation |
| 5 | One Wilshire Building<br>624 South Grand Avenue, 22nd Floor Los |
| 6 | Angeles, California 90017<br>Telephone:  (213) 629-1600 |
| 7 | Facsimile:  (213) 629-1660 |
| 8 | Attorneys for Plaintiff |
| 9 | Jeffrey S. Bolender (SBN 174423) |
| 10 | **BOLENDER LAW FIRM, PC**<br>1370 Valley Vista Dr., Suite 200 |
| 11 | Diamond Bar, CA 91765<br>Telephone: 310-320-0725 |
| 12 | Facsimile: 424-320-2642<br>Email: jbolender@bolender-firm.com |
| 13 | Attorneys for Defendant |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC.<br><br>                    Plaintiff,<br><br>vs.<br><br>BZ TRANS, INC.<br><br>                    Defendants. | Case No.: 2:21-CV-06411 VAP (JCx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |

1  Pursuant to L.R. 8-3, Plaintiff, A-ONE COMMERCIAL INSURANCE
2  RISK RETENTION GROUP, INC., and Defendant, BZ TRANS, INC., by and
3  through their respective counsel, jointly stipulate to extend the time for Defendant
4  BZ TRANS, INC. to file a responsive pleading to Plaintiff's Complaint (dkt. 1)
5  from October 26, 2021 to November 10, 2021.

IT IS SO STIPULATED.

**BOLENDER LAW FIRM, PC**

Dated: October 22, 2021   By:  */s/ Jeff Bolender*

Jeff Bolender, Attorney for Defendant

**WOOLLS PEER DOLLINGER & SCHER**

Dated: October 22, 2021   By:  */s/ Ira D. Goldberg*

Ira D. Goldberg, Attorney for Plaintiff