JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC,<br><br>      Plaintiff,<br><br> v.<br><br>BZ TRANS, INC.,<br><br>      Defendant. | Case No.: 2:21-CV-06411 VAP (JCx)<br><br>**JUDGMENT** |

1

The Court having granted the motion for summary judgment of Plaintiff A-ONE Commercial Insurance Risk Retention Group, Inc. ("A-ONE") on its Complaint against BZ Trans, Inc. That decision is dispositive of the issues raised by A-ONE in its Complaint for Declaratory Relief and Recoupment. Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. A declaratory judgment is entered in favor of A-ONE Commercial Insurance Risk Retention Group, Inc. on its Complaint that A-ONE had no duty to defend and no duty to indemnify BZ Trans for the underlying claim by Ten-West Environmental Services for the cost of cleanup, removal and disposal of hazardous lithium-ion batteries and contaminated soil performed by Ten-West Environmental Services on behalf of the California Department of Transportation because the pollutants cleaned up by Ten-West Environmental Services were contained in property being transported by BZ Trans at the time of the incident and no coverage applies under the A-ONE policy.

2. A declaratory judgment is entered in favor of A-ONE Commercial Insurance Risk Retention Group, Inc. on its Complaint that A-ONE was entitled to settle the Ten-West Environmental Services' claim for the cost of the cleanup, removal and disposal of hazardous lithium-ion batteries and contaminated soil performed by Ten-West Environmental Services on behalf of the California Department of Transportation pursuant to the MCS-90 endorsement and A-ONE was not required to force Ten-West Environmental Services or the California Department of Transportation to file an action against BZ Trans and obtain a final judgment before A-ONE satisfied its obligation under the MCS-90 endorsement.

3. A declaratory judgment is entered in favor of A-ONE Commercial Insurance Risk Retention Group, Inc. on its Complaint that A-ONE owed no defense or indemnity obligations with respect to the Ten-West Environmental Services claim, with the exception of that required by the MCS-90 form attached to the A-ONE policy and A-ONE's payment of Ten-West Environmental Services' cleanup charges

under the MCS-90 endorsement was proper.

4. A declaratory judgment is entered in favor of A-ONE Commercial Insurance Risk Retention Group, Inc. on its Complaint that A-ONE is entitled to recoup the full amount of the payment made in satisfaction of the Ten-West Environmental Services' charges ($45,000), plus interest from BZ Trans from the date of A-ONE's payment because no coverage existed under the A-ONE policy and the MCS-90 endorsement requires reimbursement of such payments under these circumstances.

5. BZ Trans is ordered to reimburse A-ONE for its payment of Ten-West Environmental Services' $45,000 environmental cleanup charge, plus interest from the date of A-ONE's payment.

6. A-ONE shall recover its costs of suit.

Dated: August 23, 2022

*Virginia A. Phillips*

Hon. Virginia A. Phillips
UNITED STATES DISTRICT JUDGE